UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
BEFE REID,

                              Plaintiff,                               9:05-CV-0006
                                                                                     (LEK)(GJD)

   v.

NEW YORK STATE DEPARTMENT OF CORRECTIONAL
SERVICES; MICHAEL KEEFE,

                              Defendants.
-----------------------------------------------------------------------
APPEARANCES:

BEFE REID
Plaintiff, *pro se*
94-A-4418
Franklin Correctional Facility
PO Box 10
Malone, NY 12953

LAWRENCE E. KAHN, U.S. DISTRICT JUDGE

## **ORDER**

      Presently before the Court is an amended complaint filed by Befe Reid ("Reid"). *See* Docket No. 8.  Such complaint was submitted by Reid in compliance with the Order issued by this Court on January 7, 2005.

      Since the amended complaint filed by Reid appears to cure the defects that existed in his prior complaint, same may properly be filed with the Court.  Plaintiff was previously granted leave to proceed *in forma pauperis*.

      WHEREFORE, it is hereby

      ORDERED, that the Clerk amend the Court's docket to reflect the caption and parties as listed in the amended complaint (Docket No. 8), and it is further

      ORDERED, that the Clerk shall issue summonses and forward them, along with copies of the amended complaint, to the United States Marshal for service upon the defendants, together with a copy of this Order, and it is further

ORDERED, that a formal response to plaintiff's complaint be filed by the defendants or their counsel as provided for in the Federal Rules of Civil Procedure subsequent to service of process on the defendants, and it is further

ORDERED, that all pleadings, motions and other documents relating to this action shall be filed with the Clerk of the United States District Court, Northern District of New York, 7th Floor, Federal Building, 100 S. Clinton St., Syracuse, New York 13261-7367. **Any paper sent by a party to the Court or the Clerk shall be accompanied by a certificate setting forth the date a true and correct copy of same was mailed to all opposing parties or their counsel.  Any letter or other document received by the Clerk or the Court which does not include a certificate of service which clearly states that an identical copy of same was served upon all opposing parties or their attorneys is to be returned without processing.**  Plaintiff shall also comply with any requests by the Clerk's Office for any documents that are necessary to maintain this action. Motions must comply with Local Rule 7.1 of the Northern District of New York and are to be made returnable before the assigned Magistrate Judge on any business day with proper allowance for notice as required by the Rules.  **Plaintiff is also required to promptly notify the Clerk's Office of any change in his address; his failure to keep such office apprised of his current address will result in the dismissal of the instant action.**  All motions will be decided on submitted papers, without oral argument, unless otherwise ordered by this Court.

IT IS SO ORDERED.

DATED:      April 26, 2005
            Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge