UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BEFE REID,

                            Plaintiff,

    vs.                                               9:05-CV-0006
                                                         (LEK/GJD)

NEW YORK STATE DEP'T OF
CORRECTIONAL SERVICES, *et al.*,

                            Defendants.

## DECISION AND ORDER

      This matter comes before the Court following a Report-Recommendation filed on August 8, 2005, by the Honorable Gustave J. Bianco, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-Rec. (Dkt. No. 68).  After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by the plaintiff, which were filed on August 15, 2008.  Objections (Dkt. No. 69).

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b).  "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  Id.  This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

      Accordingly, it is hereby

      **ORDERED**, that the Report-Recommendation (Dkt. No. 68) is **APPROVED** and

**ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendant's Motion for summary judgment (Dkt. No. 64) is **GRANTED;** and it is further

**ORDERED** that the Amended Complaint (Dkt. No. 8) is **DISMISSED in its entirety**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED: September 15, 2008
Albany, New York

Lawrence E. Kahn
U.S. District Judge